UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

                Plaintiff,

    -v-                                                    06-CV-852S

ONE 2002 CHEVROLET TAHOE Z-71,
VIN: 1GNEK13Z42R255997, GREEN IN COLOR,
TITLED & REGISTERED IN NAME OF L.C. WILSON,

                Defendant.

## ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Stipulation and Settlement executed and dated on March 26, 2007, in the above captioned litigation and after careful review and due deliberation, it is hereby

**ORDERED**, that one 2002 Chevrolet Tahoe Z-71, green in color, VIN: 1GNEK13Z42R255997, titled and registered in the name of L.C. Wilson, hereinafter referred to as "defendant vehicle," is hereby forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(4) and (a)(6), that the government be given clear title to the defendant vehicle and be disposed of by the United States Marshals Service according to law; and it is further

**ORDERED**, that the United States Marshals Service shall forthwith issue a check in the amount of $3,956.13 payable to WFS Financial Inc. now known as Wachovia Dealer Services, Inc., in full

payment of their lien and remit said check to their attorney Diane R. Tiveron, Esq., HoganWillig Attorneys at Law, One John James Audubon Parkway, Second Floor, Amherst, New York, 14228-1169.

**ORDERED**, that upon receipt of said check, WFS Financial n/k/a Wachovia Dealer Services, Inc., shall issue a release of lien and remit it to the United States Marshals Service, Attn: Beata Hosking, 68 Court Street, Western District of New York, Buffalo, New York, 14202.

**ORDERED**, that all claims and interests in the defendant vehicle, other than as reflected in this Order are forever forfeited, closed, and barred.

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees, costs, expenses and interest, except that this Court shall retain jurisdiction over any dispute concerning a breach of this agreement.

DATED:   Buffalo, New York, April 2, 2007.

/s/William M. Skretny
HONORABLE WILLIAM J. SKRETNY
United States District Judge